IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOHN ASHLEY PERTUIS**                                                                                          **PLAINTIFF**

**V.**                                            **CASE NO. 4:05CV01586 JLH**

**CORPORAL TRAVIS BURNS &**
**OFFICER CARTWRIGHT**                                                                                          **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this action.  The relief sought is denied.

IT IS SO ORDERED this 24th day of April, 2006.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE